UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X

RUI XIANG HAUNG and SIEW CHOO LIM : 09-CV-5587 (ARR) (VVP)
On behalf of themselves and others similarly situated, :
: <u>NOT FOR ELECTRONIC</u>
Plaintiffs, : <u>OR PRINT PUBLICATION</u>
:
-against- : ORDER
:
J&A ENTERTAINMENT INC. d/b/a GOLDEN :
GLOBAL TRAVEL and AI XIA ZHAN, :
:
Defendants. :
:
-------------------------------------------------------------------- X

ROSS, United States District Judge:

I have received the Report and Recommendation on the instant case dated December 3, 2012, from the Honorable Viktor V. Pohorelsky, United States Magistrate Judge. Dkt. # 101. In his conclusion, Judge Pohorelsky warned that "[f]ailure to file objections within the specified time waives the right to appeal any judgment or order entered by the District Court in reliance on this Report and Recommendation." <u>Id.</u> at 17-18 (citing 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)). Neither party has filed any objections.

"Where parties receive clear notice of the consequences, failure timely to object to a magistrate's report and recommendation operates as a waiver of further judicial review of the magistrate's decision." <u>Mario v. P & C Food Mkts., Inc.</u>, 313 F.3d 758, 766 (2d Cir. 2002); <u>accord Jeffries v. Verizon</u>, No. 10–CV–2686 (JFB)(AKT), 2012 WL 4344188, at *1 (Sept. 21, 2012) ("Where clear notice has been given of the consequences of failure to object, and there are no objections, the Court may adopt the report and recommendation without <u>de novo</u> review."); <u>see Thomas v. Arn</u>, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to

require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings."). Furthermore, I have not identified any plain error in the Report and Recommendation upon review of the record. See, e.g., Jeffries, 2012 WL 4344188, at *1 ("[B]ecause the failure to file timely objections is not jurisdictional, the district judge can still excuse the failure to object in a timely manner and exercise its discretion to decide the case on the merits to, for example, prevent plain error.").

I therefore adopt Judge Pohorelsky's Report and Recommendation in its entirety. Accordingly, I grant defendants' motion for summary judgment on plaintiff's defamation and tortious interference claim, but otherwise deny the parties' cross motions for summary judgment.

SO ORDERED.

/s/((ARR)

Allyne R. Ross
United States District Judge

Dated:     January 15, 2012
           Brooklyn, New York